An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Appellant,

vs.

THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent.

No. 67070

**FILED**

SEP 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal assigned to the court's pilot program for civil litigants proceeding without counsel. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents transmitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, Appellant's notice of appeal states that appellant appeals the decision of the district court "ignoring/delaying in hearing appeal violates the 14th amendment: Elcock v. Henderson, 947 F.2d 1004 (CA 2 1991) – due process violation – commonplace in Nye." Appellant fails to identify any potential appealable order. *See* NRAP 3(c)(1)(B) (requiring the notice of appeal to designate the judgment or order being appealed). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

15-27205

cc: Hon. Kimberly A. Wanker, District Judge
Peter Jason Helfrich
Attorney General/Carson City
Nye County Clerk